[No. 71155-5-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DAVID FIROVED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04209-4, Douglass A. North, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 71163-6-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT PERREARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-11669-0, Theresa B. Doyle, J., entered November 8, 2013. *Dismissed* by unpublished per curiam opinion.

[No. 71212-8-I.   Division One.   March 9, 2015.]

*In the Matter of the Marriage of* SYLVIA A. BOLTON, *Respondent*, and MATTHEW E. SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-04094-3, Laura C. Inveen, J., entered October 29, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 71213-6-I.   Division One.   March 9, 2015.]

GLENN COOK, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-21693-1, William L. Downing, J., entered November 4, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.